# EXHIBIT 1

Country / Region
United States



# AirPods Pro Service Program for Sound Issues

Apple has determined that a small percentage of AirPods Pro may experience sound issues. Affected units were manufactured before October 2020.

An affected AirPods Pro may exhibit one or more of the following behaviors:

- Crackling or static sounds that increase in loud environments, with exercise or while talking on the phone
- Active Noise Cancellation not working as expected, such as a loss of bass sound, or an increase in background sounds, such as street or airplane noise

Apple or an Apple Authorized Service Provider will service the affected AirPods Pro (left, right or both), free of charge.

Note: No other AirPods models are part of this program

## Service Process

Choose one of the service options below to have your AirPods Pro serviced. Your AirPods Pro will be examined prior to any service to verify that they are eligible for this program. AirPods Pro (left, right or both) with a confirmed issue will be replaced. The AirPods Pro case is not affected and will not be replaced.

- Find an Apple Authorized Service Provider.
- Make an appointment at an Apple Retail Store.
- Contact Apple Support.

## Additional Information

This worldwide Apple program doesn't extend the standard warranty coverage of the AirPods Pro.

The program covers affected AirPods Pro for 3 years after the first retail sale of the unit.

Case 5:24-cv-07588-NC     Document 1-1     Filed 11/01/24     Page 3 of 3

Information as of 2021-10-01

Support > AirPods Pro Service Program for Sound Issues

| Product Support | Service and Repair | Resources | Connect |
| --- | --- | --- | --- |
| iPhone | Apple Repair Options | My Support | Contact Us |
| Mac | Service and Repair Information | Product Documentation | Phone Numbers |
| iPad | AppleCare Products | Apple Support Videos | Support app |
| Watch | Hardware Warranties | Accessibility | Apple Communities |
| Apple Vision Pro | Software License Agreements | | @AppleSupport |
| AirPods | Complimentary Support | | |
| TV | | | |
| Support Site Map | | | |

Copyright © 2024 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    United States