# EXHIBIT 2

# APPENDIX A

Comparison of Defective AirPod Sample #12
and Defective AirPod Sample # 20

Defective sample #12 was sold on 12/29/2019 approximately 9 months prior to the
Pro Gen 1 recall cutoff date per Apple's records.   Defective sample #20 was sold
on 3/3/2021 approximately 6 months after the Pro Gen 1 recall cutoff date per
Apple's records.  Fifteen (15) months separated the two sales dates which straddled
the October 1, 2020 recall cutoff date.






**Perspective Views**

1



**Speaker Mesh**



**Eartip Mesh**



**Battery**



**Speaker**



**Error Microphone Viewed from Inside Speaker Chamber**



**Error Microphone**



**Rear Facing Microphone**

 

**Stem Microphone**

 

**H1 Processor Board**



**H1 Processor Chip**



**Rera View of H1 Processor Board**

# APPENDIX B

Comparison of Defective AirPod Sample #5
and Defective AirPod Sample # 21

Defective sample #5 was sold on 3/26/2020 approximately 6 months prior to the Pro Gen 1 recall cutoff date per Apple's records.   Defective sample #21 was sold on 7/15/2021 approximately 10 months after the Pro Gen 1 recall cutoff date per Apple's records.  Sixteen (16) months separated the two sales dates which straddled the October 1, 2020 recall cutoff date.




# 5


# 21



**Speaker Mesh**

 

**Eartip Mesh**

 

**Battery**

 

**Speaker (#5 damaged by disassembly)**

 

**Error Microphone Viewed from Inside Speaker Chamber**

 

**Error Microphone**

 

**Rear Facing Microphone**

 

**Stem Microphone**

 

**H1 Processor Board**

 

**H1 Processor**

 

**H1 Processor Board Rear View**

# APPENDIX C

Comparison of Defective AirPod Sample #1
and Defective AirPod Sample # 14

Defective sample #1 was sold on 8/25/2020 approximately one month prior to the
Pro Gen 1 recall cutoff date per Apple's records.   Defective sample #14 was sold
on 2/4/2022 approximately 16 months after the Pro Gen 1 recall cutoff date per
Apple's records.  Fifteen (17) months separated the two sales dates which straddled
the October 1, 2020 recall cutoff date.









**Speaker Mesh**



**Eartip Mesh**



**Battery**



**Speaker**



**Error Microphone Viewed from Inside Speaker Chamber**



**Error Microphone**

 

**Rear facing Microphone**

 

**Stem Microphone**

 

**H1 Processor Board**



**H1 Processor Chip**



**Back Side of H1 Processor Board**

**APPENDIX D**

Comparison of Defective AirPod Sample #10, #14, #25, and #32
(Comparison of Post-recall MEMS Microphones)

Defective sample #25 was sold on 10/27/2020 approximately one month after the Pro Gen 1 recall cutoff date per Apple's records.   The eBay seller of this sample complained of "static in both earpods".   These AirPods were tested 4/9/2024 by Apple (Apple Carnegie Library) using Apple's proprietary test apparatus and protocol.  The Apple test report corroborated the user's complaint explaining:

> Issue: •Customer states that device has crackling noises on both AirPods.
> Steps to Reproduce: Ran hdi-passed
> Ran audio-failed- both failed with static and crackling present, failed audio frequency on both.

Defective sample #30 was sold on 12/11/2020 approximately 3 months after the Pro Gen 1 recall cutoff date per Apple's records.   The eBay seller of this sample complained "there is static". These AirPods were tested 4/9/2024 by Apple (Apple Clarendon) using Apple's proprietary test apparatus and protocol.  The Apple test report corroborated the user's complaint explaining:

> Issue: Customer states static sound found in AirPods.
> Steps to Reproduce: Verified issue via Audio diagnostics.
> Cosmetic Condition: No apparent physical or liquid damage found

Defective sample #10 was sold on 3/29/2021 approximately 6 months after the Pro Gen 1 recall cutoff date per Apple's records.  The eBay seller of this sample complained of "hum and noise". These AirPods were taken to an Apple Store on 4/28/2024 (Apple Eton).  There appears to be no result of Apple's audio testing in the record.

Defective sample #14 was sold on 2/4/2022 approximately 17 months after the Pro Gen 1 recall cutoff date per Apple's records.   The eBay seller of this sample complained of "right earbud crackling".  These AirPods were taken to an Apple Store on 5/7/2024 (Apple Crocker Park).

Apple claimed it could not perform its proprietary audio test because the AirPod case wouldn't accept a charge.

The diagram below shows the relative location of the three MEMS microphones in the Pro Gen 1 AirPods.



The following MEMs microphones were utilized in Pro Gen 1 Airpod sample #25 which was sold one month post-recall. The Goertek model GWM1 was used for all three microphone applications.






Stem MIC #25

The following MEMs microphones were utilized in Pro Gen 1 AirPod sample #30 which was sold three months post-recall.   The Goertek model GWM1 was not used for the Error Microphone application.  Their appears to be no public information on the model ICM3 error microphone.



Error MIC #30



Rear Facing MIC #30



Stem MIC #30

The following MEMs microphones were utilized in Pro Gen 1 AirPod sample #10 which was sold six months post-recall. The Goertek model GWM1 was used for all three microphone applications.






The following MEMs microphones were utilized in Pro Gen 1 AirPod sample #14 which was sold 17 months post-recall. The Goertek model GWM1 microphone was used for all three microphone applications.

4



Error MIC #14



Rear Facing MIC #14



Stem MIC #14

# APPENDIX E

## Comparison of Defective AirPod Pro Gen 1 Sample #14
and new AirPod Pro Gen 2

Defective AirPod Pro Gen 1 sample #14 was sold on 2/4/2022 approximately 16 months after the Pro Gen 1 recall cutoff date of October 1, 2020 per Apple's records.   New Pro Gen 2 AirPods were purchased on  June 21, 2024 (Amazon) after having been introduced by Apple on 9/23/2022.






1



**Speaker Mesh**



**Battery**



**Speaker**



**Error Microphone Viewed from Inside Speaker Chamber**



**Error Microphone**



**Rear Facing Microphone**




**Stem Microphone**



**H1 Processor Board (Gen1) & H2 Processor Board (Gen2)**




**Processor Chips**



**Back Side of Processor Boards**