# EXHIBIT 4

1  Annick M. Persinger (CA Bar No. 272996)
   Emily Feder Cooper (CA Bar No. 352951)
2  *apersinger@tzlegal.com*
   *ecooper@tzlegal.com*
3  **TYCKO & ZAVAREEI LLP**
   1970 Broadway, Suite 1070
4  Oakland, California 94612
   Telephone: (510) 254-6808
5

6  Andrea R. Gold (*pro hac vice to be filed*)
   Anna C. Haac (*pro hac vice to be filed*)
7  *agold@tzlegal.com*
   *ahaac@tzlegal.com*
8  **TYCKO & ZAVAREEI LLP**
   2000 Pennsylvania Avenue, Northwest, Suite 1010
9  Washington, District of Columbia 20006
   Telephone: (202) 973-0900
10

11 Patrick Brickman (*pro hac vice to be filed*)
   *pbrickman@dworkenlaw.com*
12 **DWORKEN & BERNSTEIN CO., L.P.A.**
   1468 W. 9th Street, Suite 135,
13 Cleveland, OH 44113
   Telephone: (833) 856-0445
14

15 *Attorneys for Plaintiffs and the Proposed Class*

16 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
17

18

19 LINDSEY LABELLA, MICHAEL PAWSON,
   STACEY RODGERS, on behalf of themselves    **CLASS ACTION**
20 and all others similarly situated,

21         Plaintiffs,
                                               **PLAINTIFF'S CONSUMER LEGAL**
22 v.                                          **REMEDIES ACT VENUE DECLARATION**

23 APPLE INC.,

24         Defendant.

25

26

27

28

I, Lindsey LaBella, declare as follows:

1. I am a named plaintiff in this litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein, which are based on information and belief, which matters I believe to be true.

3. If called as a witness, I could and would competently testify to the matters included herein.

4. Based on Apple's misrepresentations and omissions, I purchased Apple AirPods Pro Gen 1 headphones.

5. I am informed and believe that venue is proper in this Court under Cal. Civ. Code Section 1780(d) based on the fact that Apple is incorporated under the laws of the State of California; its corporate headquarters and principal place of business are located in Cupertino (Santa Clara County), California; it conducts substantial business in this District; and a substantial part of the acts and omissions complained of occurred in this District.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 22 day of October, 2024, in Pittsburgh, PA.

*Lindsey LaBella*
Lindsey LaBella

PLAINTIFFS' CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION
-1-

| | |
|---|---|
| 1 | Annick M. Persinger (CA Bar No. 272996) |
| | Emily Feder Cooper (CA Bar No. 352951) |
| 2 | *apersinger@tzlegal.com* |
| | *ecooper@tzlegal.com* |
| 3 | **TYCKO & ZAVAREEI LLP** |
| | 1970 Broadway, Suite 1070 |
| 4 | Oakland, California 94612 |
| | Telephone: (510) 254-6808 |
| 5 | |
| 6 | Andrea R. Gold (*pro hac vice to be filed*) |
| | Anna C. Haac (*pro hac vice to be filed*) |
| 7 | *agold@tzlegal.com* |
| | *ahaac@tzlegal.com* |
| 8 | **TYCKO & ZAVAREEI LLP** |
| | 2000 Pennsylvania Avenue, Northwest, Suite 1010 |
| 9 | Washington, District of Columbia 20006 |
| | Telephone: (202) 973-0900 |

Patrick Brickman (*pro hac vice to be filed*)
*pbrickman@dworkenlaw.com*
**DWORKEN & BERNSTEIN CO., L.P.A.**
1468 W. 9th Street, Suite 135,
Cleveland, OH 44113
Telephone: (833) 856-0445

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY LABELLA, MICHAEL PAWSON, STACEY RODGERS, on behalf of themselves and all others similarly situated, | **CLASS ACTION** |
| Plaintiffs, | |
| v. | **PLAINTIFF'S CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION** |
| APPLE INC., | |
| Defendant. | |

1  I, Michael Pawson, declare as follows:

2  1. I am a named plaintiff in this litigation.

3  2. I have personal knowledge of the matters set forth below except to those matters stated

4  herein, which are based on information and belief, which matters I believe to be true.

5  3. If called as a witness, I could and would competently testify to the matters included

6  herein.

7  4. Based on Apple's misrepresentations and omissions, I purchased Apple AirPods Pro Gen

8  1 headphones.

9  5. I am informed and believe that venue is proper in this Court under Cal. Civ. Code Section

10 1780(d) based on the fact that Apple is incorporated under the laws of the State of California; its

11 corporate headquarters and principal place of business are located in Cupertino (Santa Clara County),

12 California; it conducts substantial business in this District; and a substantial part of the acts and

13 omissions complained of occurred in this District.

14

15 I declare under penalty of perjury that the foregoing is true and correct to the best of my

16 knowledge. Executed this 22 day of October, 2024, in Humble, Texas.

17

18 Signed by: *Michael Pawson*
   945056AF6C3A452...

19 Michael Pawson

PLAINTIFFS' CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION
-1-

Docusign Envelope ID: 39858500-9B2B-43A3-A1AF-2961709472B8

1  Annick M. Persinger (CA Bar No. 272996)
   Emily Feder Cooper (CA Bar No. 352951)
2  *apersinger@tzlegal.com*
   *ecooper@tzlegal.com*
3  **TYCKO & ZAVAREEI LLP**
   1970 Broadway, Suite 1070
4  Oakland, California 94612
   Telephone: (510) 254-6808
5

6  Andrea R. Gold (*pro hac vice to be filed*)
   Anna C. Haac (*pro hac vice to be filed*)
7  *agold@tzlegal.com*
   *ahaac@tzlegal.com*
8  **TYCKO & ZAVAREEI LLP**
   2000 Pennsylvania Avenue, Northwest, Suite 1010
9  Washington, District of Columbia 20006
   Telephone: (202) 973-0900
10

11 Patrick Brickman (*pro hac vice to be filed*)
   *pbrickman@dworkenlaw.com*
12 **DWORKEN & BERNSTEIN CO., L.P.A.**
   1468 W. 9th Street, Suite 135,
13 Cleveland, OH 44113
   Telephone: (833) 856-0445

14
   *Attorneys for Plaintiffs and the Proposed Class*
15

16 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
17

18

19 LINDSEY LABELLA, MICHAEL PAWSON,
   STACEY RODGERS, on behalf of themselves
20 and all others similarly situated,                **CLASS ACTION**

21         Plaintiffs,

22 v.                                                **PLAINTIFF'S CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION**

23 APPLE INC.,

24         Defendant.

25

26

27

28

I, Stacey Rodgers, declare as follows:

1. I am a named plaintiff in this litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein, which are based on information and belief, which matters I believe to be true.

3. If called as a witness, I could and would competently testify to the matters included herein.

4. Based on Apple's misrepresentations and omissions, I purchased Apple AirPods Pro Gen 1 headphones.

5. I am informed and believe that venue is proper in this Court under Cal. Civ. Code Section 1780(d) based on the fact that Apple is incorporated under the laws of the State of California; its corporate headquarters and principal place of business are located in Cupertino (Santa Clara County), California; it conducts substantial business in this District; and a substantial part of the acts and omissions complained of occurred in this District.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10/29/24 day of October, 2024, in Painesville, Ohio.

*Stacey Rodgers*
Stacey Rodgers

PLAINTIFFS' CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION
-1-