CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

ANNICK M. PERSINGER (SBN 272996)
EMILY FEDER COOPER (SBN 352951)
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
apersinger@tzlegal.com
ecooper@tzlegal.com

ANDREA R. GOLD (*pro hac vice to be filed*)
ANNA C. HAAC (*pro hac vice to be filed*)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave., NW, Suite 1700
Washington, DC 20006
Telephone: (202) 973-0900
agold@tzlegal.com
ahaac@tzlegal.com

PATRICK BRICKMAN (*pro hac vice to be filed*)
FRANK BARTELA (*pro hac vice to be filed*)
DWORKEN & BERSTEIN CO., L.P.A.
1468 W. 9th Street, Suite 135
Cleveland, Ohio 44113
Telephone: (833) 856-0445
pbrickman@dworkenlaw.com
fbartela@dworkenlaw.com

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDSEY LABELLA, MICHAEL PAWSON, and STACEY RODGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 5:24-cv-07588 PCP<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Compl. Filed:  November 1, 2024 |

1    Plaintiffs Lindsey LaBella, Michael Pawson, and Stacey Rodgers and Defendant Apple

2    Inc. (collectively the "Parties"), by and through their respective attorneys of record, hereby

3    stipulate and agree as follows:

4    WHEREAS, Plaintiffs filed their Complaint on November 1, 2024 (ECF No. 1), which

5    was served on Apple on November 6, 2024 (see ECF No. 7);

6    WHEREAS, Apple's current deadline to respond to the Complaint is November 27, 2024;

7    WHEREAS, the Parties have conferred and agree, pursuant to Local Rule 6-1(a), to the

8    following briefing schedule for Apple's motion to dismiss the Complaint:

9    • Apple's motion to dismiss shall be due January 16, 2024;

10    • Plaintiffs' opposition to Apple's motion to dismiss shall be due February 27; and

11    • Apple's reply in support of its motion to dismiss shall be due March 27, 2024.

12    WHEREAS, no prior stipulations or orders upon stipulation (modifying time or otherwise)

13    have been either submitted or granted in this matter, and the granting of this stipulation will not

14    otherwise affect any other deadlines in this case;

15    NOW THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

16    request, that the Court enter an order setting the briefing schedule on Apple's forthcoming motion

17    to dismiss as follows: (i) Apple's motion to dismiss shall be filed no later than January 16, 2025,

18    (ii) Plaintiffs' opposition shall be filed no later than February 27, 2024, and (iii) Apple's reply in

19    support of its motion to dismiss shall be filed no later than March 27, 2024.

20

21    **IT IS SO STIPULATED.**

22

23

24

25

26

27

28

1

2    Dated:  November 25, 2024                **MORRISON & FOERSTER LLP**

3

4                                          By: */s/ Camila A. Tapernoux*
                                                 CAMILA A. TAPERNOUX

5                                          CLAUDIA M. VETESI (CA SBN 233485)
                                           CVetesi@mofo.com
6                                          ALEXIS A. AMEZCUA (CA SBN 247507)
                                           AAmezcua@mofo.com
7                                          CAMILA A. TAPERNOUX (CA SBN 299289)
                                           CTapernoux@mofo.com
8                                          **MORRISON & FOERSTER LLP**
                                           425 Market Street
9                                          San Francisco, California  94105-2482
                                           Telephone: 415.268.7000
10                                         Facsimile: 415.268.7522

11                                         Attorneys for Defendant
                                           APPLE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  November 25, 2024              **TYCKO & ZAVAREEI LLP**

2

3                                            By: */s/ Anna C. Haac*
                                                 Anna C. Haac

4

5                                            ANNICK M. PERSINGER (SBN 272996)
                                             EMILY FEDER COOPER (SBN 352951)
                                             **TYCKO & ZAVAREEI LLP**

6                                            1970 Broadway, Suite 1070
                                             Oakland, California 94612

7                                            Telephone: (510) 254-6808
                                             apersinger@tzlegal.com

8                                            ecooper@tzlegal.com

9                                            ANDREA R. GOLD (*pro hac vice to be filed*)
                                             ANNA C. HAAC (*pro hac vice to be filed*)

10                                           **TYCKO & ZAVAREEI LLP**
                                             2000 Pennsylvania Avenue, Northwest, Suite 1700

11                                           Washington, DC 20006
                                             Telephone: (202) 973-0900

12                                           agold@tzlegal.com
                                             ahaac@tzlegal.com

13

14                                           PATRICK BRICKMAN (*pro hac vice to be filed*)
                                             FRANK BARTELA (*pro hac vice to be filed*)
                                             **DWORKEN & BERSTEIN CO., L.P.A.**

15                                           1468 W. 9th Street, Suite 135
                                             Cleveland, Ohio 44113

16                                           Telephone: (833) 856-0445
                                             pbrickman@dworkenlaw.com

17                                           fbartela@dworkenlaw.com

18
                                             *Counsel for Plaintiffs and the Proposed Class*
19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Camila A. Tapernoux, attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.


Dated: November 25, 2024                    */s/ Camila A. Tapernoux*


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November __, 2024            _____
                                    Honorable P. Casey Pitts
                                    United States District Judge